| | | | | | | |
|---|---|---|---|---|---|---|
| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | | | May the IRS discuss this return with the preparer shown below? (see instr) ☐ Yes ☐ No |
| | ▶ Signature of officer | | Date | ▶ Title | | |

| Paid Preparer's Use Only | Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's Name (or yours if self-employed), address, and ZIP Code | ▶ S & M TAX SERVICE<br>23 KENDALL POND RD<br>WINDHAM | | NH 03087 | EIN<br>Phone No. |

CPCA0212  08/29/03

Form 1120 (2003)

BAA

---

Form 1120 (2003)  JUGDHAMBA INC    04-3506004    Page 2

### Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 2,000. |
| 2 | Purchases | 82,251. |
| 3 | Cost of labor | |
| 4 | Additional Section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | |
| 6 | **Total.** Add lines 1 through 5 | 84,251. |
| 7 | Inventory at end of year | 2,000. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on line 2, page 1 | 82,251. |

9a Check all methods used for valuing closing inventory:
   (i) ☐ Cost as described in Regulations section 1.471-3
   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (specify method used and attach explanation.) ▶ _____

 b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ........... 9d
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☐ Yes ☐ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ☐ Yes ☐ No

### Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) Percentage | (c) Special deductions (a) × (b) |
|---|---|---|---:|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (sec 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ▶ | | | [*] |

| 19 | Total dividends... | | | | | [3] |
| 20 | Total special deductions. Add lines 9, 11, 12, and 18. Enter here and on line 29b, pa... | | | | | |

### Schedule E — Compensation of Officers (see instructions for line 12)

Note: *Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.*

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

2 Total compensation of officers ............................................................
3 Compensation of officers claimed on Schedule A and elsewhere on return ..................
4 Subtract line 3 from line 2. Enter the result here and on line 12, page 1 .................

CPCA0212  08/29/03

Form **1120** (2003)

Form 1120 (2003)  JUGDHAMBA INC                                            04-3506004                Page 4

Note: *The corporation is not required to complete Schedules L, M-1 and M-2 if Question 13 on Schedule K is answered 'Yes.'*

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1  Cash | | 4,299. | | 5,280. |
| 2a Trade notes and accounts receivable | | | | |
|  b Less allowance for bad debts | | | | |
| 3  Inventories | | 2,000. | | 2,000. |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities (see instructions) | | | | |
| 6  Other current assets (attach schedule) | | | | |
| 7  Loans to shareholders | | | | |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 100,000. | | 100,000. | |
|   b Less accumulated depreciation | 56,269. | 43,731. | 68,764. | 31,236. |
| 11a Depletable assets | | | | |
|   b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 50,000. | | 50,000. | |
|   b Less accumulated amortization | 9,999. | 40,001. | 13,665. | 36,335. |
| 14 Other assets (attach schedule) | | | | |
| 15 Total assets | | 90,031. | | 74,851. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 3,197. | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach sch) ..Ln 18 Stmt | | 2,102. | | 2,856. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock:  a Preferred stock | 125,000. | | 125,000. | |
|               b Common stock | | 125,000. | | 125,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings — Approp (att sch) | | | | |
| 25 Retained earnings — Unappropriated | | -40,268. | | -34,675. |
| 26 Adjmnt to shareholders' equity (att sch) | | | | |
| 27 Less cost of treasury stock | | | | |
| 28 Total liabilities and shareholders' equity | | 90,031. | | 93,181. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 5,593. | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | | |
| 2 Federal income tax per books | 0. | | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation .. $ _____ 12,495. | | |
|   a Depreciation ..... $ ____ 15,828. | | b Charitable contribns $ _____ | | |
|   b Charitable contributions . $ _____ | | See Ln 8 Stmt ____ 3,333. | | 15,828. |
|   c Travel & entertainment .. $ _____ | 15,828. | 9 Add lines 7 and 8 | | 15,828. |
| 6 Add lines 1 through 5 | 21,421. | 10 Income (line 28, page 1) — line 6 less line 9 | | 5,593. |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -40,268. | 5 Distributions .... a Cash | | |
| 2 Net income (loss) per books | 5,593. | b Stock _____ c Property | | |
| 3 Other increases (itemize): | | 6 Other decreases (itemize): | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | -34,675. | 8 Balance at end of year (line 4 less line 7) | | -34,675. |

CPCA0234  12/08/03                                                                 Form **1120** (2003)

FROM : FROM SOHAN SAINI          FAX NO. : 19785569494          Jun. 08 2004 12:17PM  P13

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ► See separate instructions. ► Attach to your tax return. | OMB No. 1545-0172 **2003** Attachment Sequence No. 67 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | |

Name(s) shown on return: **JUGDHAMBA INC**  
Identifying number: **04-3506004**

Business or activity to which this form relates: **Form 1120 Line 20**

### Part I — Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses | $100,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | |
| 3 | Threshold cost of section 179 property before reduction in limitation | $400,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 ► 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | |
| 15 | Property subject to section 168(f)(1) election (see instructions) | |
| 16 | Other depreciation (including ACRS) (see instructions) | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003 | 12,495. |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | |

**Section B — Assets Placed in Service During 2003 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System**

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (see instructions)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 12,495. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | |

BAA For Paperwork Reduction Act Notice, see instructions.     FDIZ0812 10/28/03     Form **4562** (2003)

Form 1120 (2003)  JUGDHAMBA INC                                          04-3506004        Page 3

### Schedule J — Tax Computation (see instructions)

1  Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ▶ ☐
   **Important:** Members of a controlled group, see instructions.
2a If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, & $9,925,000 taxable income brackets (in that order):
   (1) $ _____   (2) $ _____   (3) $ _____
 b Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) ....... $ _____
                                     (2) Additional 3% tax (not more than $100,000) ...... $ _____
3  Income tax. Check if a qualified personal service corporation under section 448(d)(2)
   (see instructions) ............................................................................ ▶ ☐   3
4  Alternative minimum tax (attach Form 4626) ........................................................  4
5  Add lines 3 and 4 ..................................................................................  5
6a Foreign tax credit (attach Form 1118) ...........................................  6a
 b Possessions tax credit (attach Form 5735) ....................................  6b
 c Check: ☐ Nonconventional source fuel credit  ☐ QEV credit (attach Form 8834) ...  6c
 d General business credit. Check box(es) and indicate which forms are attached.
   ☐ Form 3800  ☐ Form(s) (specify) ▶ _____          6d
 e Credit for prior year minimum tax (attach Form 8827) ..................  6e
 f Qualified zone academy bond credit (attach Form 8860) ...............  6f
7  Total credits. Add lines 6a through 6f .............................................................  7
8  Subtract line 7 from line 5 ........................................................................  8
9  Personal holding company tax (attach Schedule PH (Form 1120)) .............................  9
10 Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697
                               ☐ Form 8866  ☐ Other (attach schedule) ...................... 10
11 Total tax. Add lines 8 through 10. Enter here and on line 31, page 1 .......................... 11

### Schedule K — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
|   | a Business activity code no. ▶ 722210 | | |
|   | b Business activity ▶ EATING PLACE | | |
|   | c Product or service ▶ FAST FOOD | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) | | X |
|   | If 'Yes,' attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
|   | If 'Yes,' enter name and EIN of the parent corporation ▶ | | |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) | X | |
|   | If 'Yes,' attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter % owned ▶ 100.00  See Ques 5 Stmt | | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316). | | X |
|   | If 'Yes,' file Form 5452, Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | |

| | | Yes | No |
|---|---|---|---|
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? | | X |
|   | If 'Yes,' enter: (a) Percentage owned ▶ _____ and (b) Owner's country ▶ | | |
|   | c The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | |
|   | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year .... ▶ $ _____ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶ ____ | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ | | |
|    | If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21(b)(3)(i) or (ii) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ 24,792. | | |
| 13 | Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? | | X |
|    | If 'Yes,' the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ 0. | | |

**Note:** If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach **Schedule N (Form 1120),** Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

BAA                                  CPCA0234  12/09/03                              Form 1120 (2003)

Form 4562 (2003)  JUGDHAMBA INC                                          04-3506004   Page 2

## Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If 'Yes,' is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ............ 25

26 Property used more than 50% in a qualified business use (see instructions):

27 Property used 50% or less in a qualified business use (see instructions):

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .................. 28
29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ............................................. 29

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

|  | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles — see instructions) | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | |
|  | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

|  | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (see instructions) | | |

Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2003 tax year (see instructions): | | | | | |
| GOOD WILL | 03/01/00 | 45,000. | 197 | 15.00 | 3,000. |
| COVENANT NO TO COMPETE | 03/01/00 | 5,000. | 197 | 15.00 | 333. |
| 43 Amortization of costs that began before your 2003 tax year | | | | 43 | |
| 44 Total. Add amounts in column (f). See instructions for where to report | | | | 44 | 3,333. |

FDIZ0912 10/28/03                                                                Form 4562 (2003)

# Corporation Information Worksheet                                    2003
► Keep for your records

## Part I — Identifying Information

Employer Identification Number ..... 04-3506004

Name ............................ JUGDHAMBA INC

Address ......................... 28 MYRTLE ST

City ............................ BOSTON              State .. MA   ZIP Code ____ 02114

Telephone ....................... _____          Extension ......... _____
Fax ............................. _____          E-mail Address .... _____

## Part II — Type of Return

[ ] Prepare Short-Form 1120-A
[ ] Prepare Schedule PH

## Part III — Tax Year and Filing Information

[X] Calendar year                                     Date Incorporated ..... 03/01/00
[ ] Fiscal-year — Ending month ..............
[ ] Short year — Beginning date ............ _____
              Ending date .............. _____

[ ] Use general method of annualization to calculate regular tax for short year
IRS Service Center where corporation return is filed ............ Cincinnati, OH 45999-0012
[ ] Corporation is enrolled in the Electronic Federal Tax Payment System (EFTPS)

## Part IV — 2003 Estimated Tax Payments

| Payment Quarters | Due Date | Actual Payment Date | Amount Paid |
|---|---|---|---|
| First Quarter Payment | 04/15/03 | | |
| Second Quarter Payment | 06/16/03 | | |
| Third Quarter Payment | 09/15/03 | | |
| Fourth Quarter Payment | 12/15/03 | | |

Amount of 2002 overpayment credited to 2003 estimated tax ..........................

| Additional Payments | Actual Payment Date | Amount Paid |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

**QuickZoom to Form 1120, Pages 1 and 2** ......................................... ►
**QuickZoom to Form 1120-A, Pages 1 and 2** ...................................... ►

**QuickZoom to Client Status** ................................................... ►

CPCW7101.SCR  12/02/03

| Form 1120, Line 26<br>Form 1120-A, Line 22 | Other Deductions Worksheet<br>► Keep for your records | | 2003 |
|---|---|---|---|
| Name<br>JUGDHAMBA INC | | Employer Identification No.<br>04-3506004 | |

| # | Item | # | Amount |
|---|---|---|---|
| 1 | Accounting | 1 | 1,500. |
| 2 | Amortization | 2 | 3,333. |
| 3 | Automobile and truck expense | 3 | |
| 4 | Bank charges | 4 | 132. |
| 5 | Commissions | 5 | |
| 6 | Credit and collection costs | 6 | |
| 7 | Delivery and freight | 7 | |
| 8 | Discounts | 8 | |
| 9 | Dues and subscriptions | 9 | |
| 10 | Equipment rent | 10 | |
| 11 | Gifts | 11 | |
| 12 | Insurance | 12 | 2,724. |
| 13 | Janitorial | 13 | 1,040. |
| 14 | Laundry and cleaning | 14 | 1,037. |
| 15 | Legal and professional | 15 | 1,780. |
| 16a | Meals and entertainment, in full     16a | | |
| b | Less disallowed     b | | |
| c | Meals and entertainment, net | 16c | |
| 17 | Miscellaneous | 17 | |
| 18 | Office expense | 18 | 150. |
| 19 | Outside services | 19 | 260. |
| 20 | Parking fees and tolls | 20 | |
| 21 | Permits and fees | 21 | |
| 22 | Postage | 22 | 120. |
| 23 | Printing | 23 | |
| 24 | Security | 24 | |
| 25 | Supplies | 25 | 2,442. |
| 26 | Telephone | 26 | 3,198. |
| 27 | Tools | 27 | |
| 28 | Travel | 28 | |
| 29 | Uniforms | 29 | |
| 30 | Utilities | 30 | |
| 31 | Other (itemize): | 31 | |
| | PEST CONTROL | | 600. |
| | HEAT | | 6,396. |
| | ELECTRICITY | | 5,440. |
| 32 | Total | 32 | 30,152. |

CPCV0601.SCR  10/02/03

| Form 1120, Line 29a, or Form 1120-A, Line 25a | Net Operating Loss Worksheet ► Keep for your records | | 2003 |
|---|---|---|---|

Name: JUGDHAMBA INC

Employer Identification Number: 04-3506004

**NEW LAW:** Two year carryback, twenty year carryover

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2002 | 4,301. | | 4,301. |
| 2001 | 20,491. | | 20,491. |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| Total new law | 24,792. | | 24,792. |

**OLD LAW:** Three year carryback, fifteen year carryover

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| 1993 | | | |
| 1992 | | | |
| 1991 | | | |
| 1990 | | | |
| 1989 | | | |
| 1988 | | | |
| Total Old Law | | | |

JUGDHAMBA INC                                                          04-3506004

## Net Operating Loss Summary

| NOL Carryover Year | A<br>NOL Carryover Available | B<br>Deduction Allowed in Current Year | C<br>Adjustment Under Section 172(b)(2) | D<br>Remaining Carryover New Law | E<br>Remaining Carryover Old Law |
|---|---|---|---|---|---|
| 2002 | 4,301. | | | 4,301. | 0. |
| 2001 | 20,491. | 5,593. | | 14,898. | 0. |
| 2000 | | | | | |
| 1999 | | | | | |
| 1998 | | | | | |
| 1997 | | | | | |
| 1996 | | | | | |
| 1995 | | | | | |
| 1994 | | | | | |
| 1993 | | | | | |
| 1992 | | | | | |
| 1991 | | | | | |
| 1990 | | | | | |
| 1989 | | | | | |
| 1988 | | | | | |
| Totals | 24,792. | 5,593. | | 19,199. | 0. |

Less: Carryover expiring due to 15-year limitation..................................................
Add: Current year net operating loss .............................................................
Less: Carryback of current year net operating loss ...............................................
Net operating loss carryover to next year........................................................  19,199.

CPCW7601.SCR  12/08/03

| Form 1120/<br>1120-A | Carryovers/Carryforwards Worksheet<br>▶ Keep for your records | | 2003 |
|---|---|---|---|
| Name as Shown on Return<br>JUGDHAMBA INC | | Employer ID No.<br>04-3506004 | |
| | | To Current Year | To Next Year |
| **Form 1120/1120-A:** | | | |
| Contributions carryover | | | |
| Net Operating Loss carryover | | 24,792. | 19,199. |
| AMT Net Operating Loss carryover | | | |
| **Schedule D (Form 1120):** | | | |
| Unused capital loss carryover | | | |
| Less current year capital loss carried back | | | |
| Carryover expiring next year due to 5 year limitation | | | |
| Capital loss carryover to next year | | | |
| **Form 2220:** | | | |
| Tax | | | |
| **Form 4562:** | | | |
| Section 179 carryover | | | |
| **Form 4797:** | | | |
| Nonrecaptured net Section 1231 losses — 1998 | | | |
| Nonrecaptured net Section 1231 losses — 1999 | | | |
| Nonrecaptured net Section 1231 losses — 2000 | | | |
| Nonrecaptured net Section 1231 losses — 2001 | | | |
| Nonrecaptured net Section 1231 losses — 2002 | | | |
| Nonrecaptured net Section 1231 losses — 2003 | | | |
| Total nonrecaptured net Section 1231 loss carryforwards | | | |
| **Form 8827:** | | | |
| Prior year Alternative Minimum Tax from Form 4626 | | | |
| Minimum tax credit carryforward | | | |
| **Form 3800:** | | | |
| General business credit carryforward | | | |
| **Form 8844:** | | | |
| Empowerment zone employment (EZE) credit carryforward | | | |

CPCW8001.SCR  11/10/03

JUGDHAMBA INC  04-3506004

## Federal 1120 Depreciation Report
**Regular Tax**

Activity .......... Form 1120  Line 20 - 2003
Total cost of goods sold .........

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cost of Goods Sold | Disposed | Basis | Sec. 179 | Listed | Mthd | Life | Year | Prior |
| RESTAURANT EQUIPMENT | 03/01/00 | 100,000. | | 100.00 | MACRS | 7 | HY | 12,495. |
| | | 100,000. | | | 200DB | 7.00 | 4 | |
| Total | | 100,000. | | | | | | 12,495. |
| | | 100,000. | | | | | | |

## Federal 1120 Depreciation Report
**Alternative Minimum Tax**

Activity .......... Form 1120  Line 20 - 2003
Passive adjustment ..........        Passive preference ..........

| Description | Real | Passive | AMT Cost | AMT Life | AMT Depr | AMT Adj |
| --- | --- | --- | --- | --- | --- | --- |
| | | | AMT Basis | AMT Mthd | AMT Prior | AMT Pref |
| RESTAURANT EQUIPMENT | | | 100,000. | 7.00 | | |
| | | | 100,000. | 150DB | | |
| Total | | | 100,000. | | | |
| | | | 100,000. | | | |

## Federal 1120 Depreciation Report
**Adjusted Current Earnings**

Activity .......... Form 1120  Line 20 - 2003
Passive adjustment ..........

| Description | ACE Cost | Depreciation before TY 1990 | ACE Depreciation | |
| --- | --- | --- | --- | --- |
| | ACE Basis | ACE Life | ACE Prior | ACE Adj |
| RESTAURANT EQUIPMENT | 100,000. | | | |
| Total | 100,000. | | | |

JUGDHAMBA INC  04-3506004                                                2

Form 4562
**Special Depreciation Allowance Report**

Activity:  Form 1120  Line 20 - 2003

| Description | In Service | AMT Cost | AMT Basis | AMT SDA | Cost | SDA Basis | SDA |
|---|---|---|---|---|---|---|---|
| RESTAURANT EQUIPMENT | 03/01/00 | 100,000. | | | 100,000. | | |
| Total | | 100,000. | | | 100,000. | | |

| Form 1120<br>Form 1120-A | Two Year Comparison<br>▶ Keep for your records — Do not file | | | | 2003 |
|---|---|---|---|---|---|

Name of Corporation: JUGDHAMBA INC

Employer Identification Number: 04-3506004

| Income | 2003 | 2003 % of Total Income | 2002 | 2002 % of Total Income | Difference 2003 - 2002 |
|---|---|---|---|---|---|
| 1a Gross receipts or sales | 249,798. | | 212,371. | | 37,427.00 |
| b Less returns and allowances | | | | | |
| c Net receipts | 249,798. | | 212,371. | | 37,427.00 |
| 2 Cost of goods sold (Schedule A) | 82,251. | | 79,371. | | 2,880.00 |
| 3 Gross profit | 167,547. | | 133,000. | | 34,547.00 |
| 4 Dividends (Schedule C) | | | | | |
| 5 Interest | | | | | |
| 6 Gross rents | | | | | |
| 7 Gross royalties | | | | | |
| 8 Capital gain net income | | | | | |
| 9 Net gain or loss (Form 4797) | | | | | |
| 10 Other income | | | | | |
| 11 Total income | 167,547. | 100.00 | 133,000. | 100.00 | 34,547.00 |
| **Deductions** | | | | | |
| 12 Compensation of officers | | 0.00 | | 0.00 | |
| 13 Salaries & wages (less employment credits) | 73,380. | 43.80 | 55,340. | 41.61 | 18,040.00 |
| 14 Repairs and maintenance | 654. | 0.39 | | 0.00 | 654.00 |
| 15 Bad debts | | 0.00 | | 0.00 | |
| 16 Rents | 37,690. | 22.50 | 36,417. | 27.38 | 1,273.00 |
| 17 Taxes and licenses | 7,298. | 4.36 | 5,177. | 3.89 | 2,121.00 |
| 18 Interest | | 0.00 | | 0.00 | |
| 19 Charitable contributions | | 0.00 | | 0.00 | |
| 20 Depreciation on Form 4562 | 12,495. | 7.46 | 17,493. | 13.15 | -4,998.00 |
| 21a Depreciation on Schedule A and elsewhere | | 0.00 | | 0.00 | |
| 21b Net depreciation | 12,495. | 7.46 | 17,493. | 13.15 | -4,998.00 |
| 22 Depletion | | 0.00 | | 0.00 | |
| 23 Advertising | 285. | 0.17 | 0. | 0.00 | 285.00 |
| 24 Pension, profit-sharing, etc, plans | | 0.00 | | 0.00 | |
| 25 Employee benefit programs | | 0.00 | | 0.00 | |
| 26 Other deductions | 30,152. | 18.00 | 22,874. | 17.20 | 7,278.00 |
| 27 Total deductions | 161,954. | 96.66 | 137,301. | 103.23 | 24,653.00 |
| **Taxable Income** | | | | | |
| 28 Taxable income before NOL and special deductions | 5,593. | 3.34 | -4,301. | -3.23 | 9,894.00 |
| 29 Less: | | | | | |
| a Net operating loss deduction | 5,593. | 3.34 | | 0.00 | 5,593.00 |
| b Special deductions | | 0.00 | | 0.00 | |
| 30 Taxable income | 0. | 0.00 | -4,301. | -3.23 | 4,301.00 |
| **Tax** | | | | | |
| 31 Total tax (Schedule J) | | 0.00 | | 0.00 | |
| **Tax Payments and Credits** | | | | | |
| 32h Total tax payments and credits | | | | | |
| 33 Estimated tax penalty | | | | | |
| 34 Tax due | | | | | |
| 35 Overpayment | | | | | |

CPCW8201  10/06/03

| Form 1120/<br>Form 1120-A | Corporation<br>Five Year Tax History<br>► Keep for your records | | | | | 2003 |
|---|---|---|---|---|---|---|

| Name as Shown on Return | | | | Employer Identification No. | | |
|---|---|---|---|---|---|---|
| JUGDHAMBA INC | | | | 04-3506004 | | |

| | | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|
| 1 | Gross income | | | 173,163. | 212,371. | 249,798. |
| 2 | Cost of sales | | | 62,289. | 79,371. | 82,251. |
| 3 | Gross profit | | | 110,874. | 133,000. | 167,547. |
| 4 | Net capital gain | | | | | |
| 5 | Other income | | | | | |
| 6 | Total income | | | 110,874. | 133,000. | 167,547. |
| 7 | Salaries | | | 22,200. | 55,340. | 73,380. |
| 8 | Depreciation | | | 24,490. | 17,493. | 12,495. |
| 9 | Other deductions | | | 84,675. | 64,468. | 81,672. |
| 10 | Taxable Income | | | -20,491. | -4,301. | 0. |
| 11 | Income tax | | | | | |
| 12 | Alternative minimum tax | | | | | |
| 13 | General business credits | | | | | |
| 14 | Other credits | | | | | |
| 15 | PHC tax | | | | | |
| 16 | Recapture taxes | | | | | |
| 17 | Tax liability | | | | | |

## For Controlled Group Members Only

Enter your share of the $50,000, $25,000 and $9,925,000 taxable income brackets, and your share of the additional 5% tax and 3% tax for the prior years.

| | | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|
| 18 | $50,000 bracket | | | | | |
| 19 | $25,000 bracket | | | | | |
| 20 | $9,925,000 bracket | | | | | |
| 21 | Additional 5% tax | | | | | |
| 22 | Additional 3% tax | | | | | |

CPCW7501.SCR  10/30/03

JUGDHAMBA INC   04-3506004

Form 1120, Page 1, Line 26
**Other Deductions Statement**

| | |
|---|---:|
| Accounting | 1,500. |
| Amortization | 3,333. |
| Bank charges | 132. |
| Insurance | 2,724. |
| Janitorial | 1,040. |
| Laundry and cleaning | 1,037. |
| Legal and professional | 1,780. |
| Office expense | 150. |
| Outside services | 260. |
| Postage | 120. |
| Supplies | 2,442. |
| Telephone | 3,198. |
| PEST CONTROL | 600. |
| HEAT | 6,396. |
| ELECTRICITY | 5,440. |
| Total | 30,152. |

Form 1120, Page 4, Schedule L, Line 18
**Ln 18 Stmt**

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---:|---:|
| WITHHOLDING TAX | 569. | 1,300. |
| MEALS TAX | 1,077. | 1,100. |
| EXCISE TAX | 456. | 456. |
| Total | 2,102. | 2,856. |

Form 1120, Sch K, Corporation Ownership Information
**Ques 5 Stmt**

| Name | ID No. |
|---|---|
| SOHAN L SAINI | 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 |

Form 1120, Page 4, Schedule M-1, Line 8
**Ln 8 Stmt**

| | |
|---|---:|
| Amortization - tax over book | 3,333. |
| Total | 3,333. |

FROM : FROM SOHAN SAINI          FAX NO. :19785569494          Jun. 08 2004 12:22PM  P25

JUGDHAMBA INC  04-3506004

**Supporting Statement of:**

Form 1120, p1-2/Line 17C

| Description | Amount |
|---|---:|
| UNEMPLOYMENT | 778. |
| PAYROLL TAXES | 5,714. |
| Total | 6,492. |

JUGDHAMBA INC   04-3506004

Form 1120, p1-2: U.S. Corporation Income Tax Return

**Salaries and Wages Smart Worksheet**

| | | |
|---|---|---:|
| A | Salaries and wages | 73,380. |
| B | Less: | |
| | Work opportunity credit (Form 5884) | |
| | Empowerment zone employment credit (Form 8844) | |
| | Indian employment credit (Form 8845) | |
| | Welfare-to-work credit (Form 8861) | |
| | New York Liberty Zone Business Employee Credit (Form 8884) | |

Form 1120, p1-2: U.S. Corporation Income Tax Return

**Taxes and Licenses Smart Worksheet**

| | | |
|---|---|---:|
| A | State taxes | 456. |
| B | Local property taxes | |
| C 1 | Payroll taxes | 6,492. |
| 2 | Less: Credit from Form 8846 | |
| D | Other miscellaneous taxes | |
| E | Licenses | 350. |

Two Year Comparison

**Difference Smart Worksheet**

**Difference 2003 - 2002**

| | | |
|---|---|:---:|
| A | Display as an amount | X |
| B | Display as a percentage | |

Primos Restaurant, Petitio[ner]
Bahadur Singh, Beneficiary
EAC 03-086-50908

# EXHIBIT D

Copies of Pay-stubs (Beneficiary)

