

PRIMO'S RESTAURANT / DBF JUGDHAMBA INC.

BAHADUR JOHAL                               Employee ID: J006
                                            Social Sec #: 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

|              | This Check | Year to Date |
|--------------|------------|--------------|
| Gross        | 530.00     | 3,760.00 Salary |
| Fed Income   | 56.13      | 377.04       |
| Soc Sec      | 32.86      | 233.12       |
| Medicare     | 7.69       | 54.56        |
| State        | 22.69      | 157.84       |

Net Check:                                  Total

Pay Period Beginning: Feb 1, 2004           Check Date: 2/29/04    530.00
Pay Period Ending: Feb 7, 2004              Weeks in Pay Period: 1  Total 530.00

10449



PRIMO'S RESTAURANT / DBF JUGDHAMBA INC.

BAHADUR JOHAL

Employee ID: J006
Social Sec #: 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

| | This Check | Year to Date |
|---|---|---|
| Gross | 530.00 | 3,840.00 Salary |
| Fed Income | -56.13 | -389.04 |
| Soc Sec | -32.86 | -238.08 |
| Medicare | -7.69 | -55.2 |
| State | -22.69 | -161.37 |

Net Check    $410.63    Total

Pay Period Beginning: Feb 8, 2004
Pay Period Ending: Feb 14, 2004

Check Date: 2/16/04    530.00
Weeks in Pay Period: 1    Total 530.00

10452



PRIMO'S RESTAURANT / DBF JUGDHAMBA, INC.

BAHADUR JOHAL

Employee ID: J006
Social Sec #: 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

| | This Check | Year to Date |
|---|---|---|
| Gross | 530.00 | 3,920.00 Salary |
| Fed. Income | -56.13 | -401.04 |
| Soc. Sec. | -32.86 | -243.04 |
| Medicare | -7.69 | -56.88 |
| State | -22.69 | -165.40 |

Net Check   $410.63   Total

Pay Period Beginning Feb 15, 2004
Pay Period Ending Feb 21, 2004
Check Date 2/25/04
Weeks in Pay Period 1

10454

Total 530.00

Primos Restaurant, Petitio[ner]
Bahadur Singh, Beneficiary
EAC 03-086-50908

# EXHIBIT E

# PRIOR APPROVAL NOTICE

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

## UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I140 |
|---|---|---|---|
| EAC-03-199-51847 | | IMMIGRANT PETITION FOR ALIEN WORKER | |
| RECEIPT DATE | PRIORITY DATE | PETITIONER | |
| June 27, 2003 | April 30, 2001 | PRIMOS RESTAURANT | |
| NOTICE DATE | PAGE | BENEFICIARY | A97 164 594 |
| July 21, 2004 | 1 of 1 | SAINI, GURCHARAN S. | |

DESMOND P. FITZGERALD
LONDON LARA FITZGERALD LLC
18 TREMONT ST. #210
BOSTON MA 02108-2301

Notice Type: Approval Notice
Section: Other Workers
Sec. 203(b)(3)(A)(iii)

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 11/28/03) N