**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRIMO'S RESTAURANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security;<br>DR. EMILIO GONZALEZ, as Director of U.S. Citizenship & Immigration Services;<br>Paul NOVAK, as Center Director of the U.S. Citizenship & Immigration Services for the Vermont Service Center,[1]<br><br>　　　　Defendants. | **FILED UNDER SEAL**<br><br>**Civil Action No. 04-12162-NG**<br><br>**DO NOT SCAN EXHIBIT**<br><br>**SCAN ONLY COVER PAGE** |

**EXHIBIT A**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**TO AFFIRM ADMINISTRATIVE DECISION**
**ADMINISTRATIVE RECORD – FILED UNDER SEAL**

　　The Administrative Record ("AR") is being provided to the Court (and Plaintiff's counsel) manually and under seal. The AR is being filed under seal because immigration and federal tax forms with personal and corporate identification information, that could not be easily redacted, appear throughout the AR, and because the AR exceeds the size limit for electronic filing.

---

[1] Since the pendency of this case, a number of Defendants, sued in their official capacity, have changed. Pursuant to Fed. R. Civ. P. 25(d)(1), the names of these officers' successors are automatically substituted as a party.