UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRIMO'S RESTAURANT,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security;<br>DR. EMILIO GONZALEZ, as Director of U.S. Citizenship & Immigration Services;<br>Paul NOVAK, as Center Director of the U.S. Citizenship & Immigration Services for the Vermont Service Center,[1]<br><br>Defendants. | **Civil Action No. 04-12162-NG** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties in the above-captioned action hereby stipulate to the dismissal of this action. Each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| For the Plaintiff, | For the Defendants, |
|---|---|
| PRIMO'S RESTAURANT, | DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>MICHAEL K. LOUCKS<br>Acting United States Attorney |
| /s/ Desmond Fitzgerald (By: APG) 10/12/2006<br>Desmond Fitzgerald, Esq.<br>Fitzgerald & Company, LLC<br>18 Tremont Street, Suite 210<br>Boston, MA 02108<br>617-523-6320 (Voice)<br>617-523-6324 (Fax) | By:   /s/ Anton P. Giedt   10/12/2006<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3971 (Fax)<br>anton.giedt@usdoj.gov |

---

[1] During the course of this action, a number of the Defendants, sued in their official capacity, have changed.  Pursuant to Fed. R. Civ. P. 25(d)(1), the names of these officers' successors are automatically substituted as a party.

2

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                                  Boston, Massachusetts
                                                                                                              DATE: October 12, 2006

    I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff 's counsel of record through electronic filing.

                                                                   /s/ Anton P. Giedt
                                                                   Anton P. Giedt
                                                                   Assistant U.S. Attorney

| **PLAINTIFF'S COUNSEL:** | **AGENCY COUNSEL:** |
|---|---|
| Desmond Fitzgerald, Esq. | Peter Schmalz - Associate Counsel |
| Fitzgerald & Company, LLC | USCIS - Vermont Service Center |
| 18 Tremont Street, Suite 210 | U.S. Department of Homeland Security |
| Boston, MA 02108 | 75 Lower Welden Street |
| 617-523-6320 (Voice) | St. Albans, VT 05479 |
| 617-523-6324 (Fax) | 802-288-7842 (Voice) |
| | 802-288-7838 (Fax) |
| | Peter.schmalz@dhs.gov |